September 21, 2011

John J. Parham
126 "A" Esperanza
Long Beach, CA, 90802

```
RECEIVED
SEP 26 2011
CHAMBERS OF
JUDGE TERRY R. MEANS
```

Judge Gary Means
United States District office the Court
Ft. Worth Divisional Office
501 W. 10th St. Room 310
Ft. Worth, TX 76102-3673
817 850 6600

Re Response to Civil Action No. 4:11-cv-00607-Y   Baumer et al v. Satu et al.
Request to terminate, remove "John Parham" and "Estate of John Parham" from said summons.

Dear Judge Means,

I John J. Parham, declare: I was served with the summons and complaint Civil Action No. 4:11-cv-00607-Y Baumer et al v. Satu et al on September 15, 2011.

In am confused by the complaint which refers to John Parham in some places, indicating he is alive and refers to the Estate of John Parham in other places indicating that he is dead. I recently spoke by phone with the plaintiff's attorney Elsa Soto. During that conversation, she admitted that that she knew I was not the John Parham named in the lawsuit because he is dead. In fact, I am not the John Parham described in the complaint. I am alive. And, until being served, I had never been affiliated with or even heard of any of the defendants named in the complaint. In other words, I have neither knowledge nor association with the charged organizations or individuals mentioned in the summons. I am not the John Parham and have neither knowledge nor association with the financial organizations mention on Page ID 27, 33 and 34 of the summons.

Please terminate (remove) my name from Re Civil Action No. 4:11-cv-00607-Y Baumer et al v. Satu et al. Thank you for your attention to this matter.

I declare under penalty of perjury under the laws of the Sate of California, and the laws of the United States of America that the foregoing is true and correct. Executed on September 20, 2011 at Long Beach, CA, 90802.

Regards,

John J. Parham

CC: Elsa Soto, Esq.

V. PAGLIAM
126 A' ESPERANZA
LB CA 90802

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2011 SEP 26  AM 11:17

CLERK OF COURT

7011 0470 0003 5025 9769

JUDGE GARRY MEANS
UNITED STATES DISTRICT OFFICE OF THE COURT
FT. WORTH DIVISIONAL OFFICE
501 W. 10th St. Room 310
Ft. WORTH, TEXAS, 76102-3673



U.S. POSTAGE
PAID
LONG BEACH, CA
90802
SEP 21 '11
AMOUNT
$3.29
00098748-14