CTJ/KG ORIGINAL

**Elsa Soto**
**Attorney at Law**
308 E. 9th Street, Suite 403
Los Angeles, CA 90015
Tel 254.744.1362/Fax 213.478.0896
elsasoto1@gmail.com

---

November 11, 2011

*Via CMRRR 7011 1150 0001 8762 7775*

John J. Parham
126 "A" Esperanza
Long Beach, CA 90802

RECEIVED
NOV 14 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Re: 4:11-cv-607-Y; Baumer, et al. Vs. Satu, et al.

Dear Mr. Parham,

Please be advised I am in receipt of both your letters directed to the Court regarding your request to remove the name John Parham from the complaint. I inform you that I will not be amending the complaint to remove the named defendants.

You were inadvertently served by the process server hired to serve the named defendants. You are not the defendant named in the above mentioned complaint. The proof of service that was executed by the process server has been destroyed and no longer is in existence. Therefore, it will not be filed with this Court or any other Court.

Please let this letter serve as notice that you are not the named defendant for this lawsuit and you need to take no action in defending against this lawsuit.

Thank you for your time and attention. Please do not hesitate to contact me should you have any questions or concerns.

Sincerely,

Elsa Soto
Attorney at Law

cc:   US Northern District Court of Texas
      501 W. 10th St. Room 310
      Fort Worth, TX 76102