November 11, 2011

Judge Terry R. Means
United States District Court
Northern District of Texas
201 United States Courthouse
501 West Tenth Street
Fort Worth, Texas 79102

John Parham
126 'A' Esperanza
Long Beach, CA 90802

Re: 4:11-CV-607-Y Baumer, et al. vs.. Satu, et al.

Dear Judge Means,

I received you letter dated October 26, 2011 regarding the above-mentioned case. I appreciate your attention to my request to be removed from this case because I am not the John Parham referred to in the complaint.

Today I spoke on the telephone with Elsa Soto and asked her for the third or fourth time to remove my name from the complaint and or seek a re-issuance of summons directed to the proper party. She told me she was not going to do it for reasons she could not explain clearly nor can I understand the logic. I told her I have sought legal advice (which I cannot afford) from Mr. Ave Buchwald, civil attorney and he has advised me filing a motion to dismiss must be done with a practicing Texas attorney. Mr. Buchwald has also offered his services in filing a defamation of character lawsuit against Ms. Elsa Soto. These two legal avenues are beyond my financial ability to achieve.

At this time the only thing I can afford to do to defend myself from this mistake is to write the court asking for judicial discretion in making a motion to dismiss this case. Thank you for your attention to this matter.

I declare under penalty of perjury under the laws of the Sate of California, and the laws of the United States of America that the foregoing is true and correct. Executed on November 11, 2011 at Long Beach, CA, 90802.

Regards,

John Parham

CC: Elsa Soto, Esq.