November 17, 2011


Mr. John Parham
126 A Esperanza
Long Beach, CA 90802

    Re: 4:11-CV-607-Y; Baumer, et al. v. Satu, et al.

Dear Mr. Parham,

    I have received your letter dated November 11, 2011, in which you again request dismissal from this suit due to the fact that Plaintiffs have served the wrong "John Parham."

    Please be advised that Plaintiffs counsel transmitted to this Court a copy of her November 11 letter to you, which has been scanned to the Court's docket in this cause, in which she indicates that she is aware you were erroneously served and are not the correct "John Parham."  She also indicates that the proof of service executed by the process server regarding his service on you has been destroyed and will not be filed.

    As a result, you have no further obligations in this cause.

                             Sincerely,



                             Terry R. Means
                             United States District Judge

TRM/chr

cc:  Ms. Elsa Soto
     308 E. 9th Street, Suite 403
     Los Angeles, CA 90015